THOMAS M. HERLIHY (SBN 83615)
SEAN P. NALTY (SBN 121253)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
Telephone: (415) 951-0535
Facsimile: (415) 391-7808

Attorneys for Defendants
UNUM LIFE INSURANCE
COMPANY OF AMERICA

**FILED**

JUN 2 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH G. REISBECK,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1-50, inclusive,

    Defendant.

CASE NO. C 04-4270 FMS ARB

**E-FILED**

STIPULATION REQUESTING A STAY OF THIS MATTER; ORDER THEREON

---

STIPULATION REQUESTING A STAY OF MATTER; ORDER THEREON      CASE NO. C 04-4270 FMS ARB

## INTRODUCTION

Plaintiff Deborah G. Reisback ("plaintiff") and defendant Unum Life Insurance Company of America ("defendant"), hereby submit to the Court a Stipulation and Order requesting that this matter be stayed. This request is based on the following:

This matter involves a claim for disability benefits ("the claim") made by plaintiff under an employee benefit plan issued by defendant to North Coast Opportunities, Inc. This plan and the claim are governed by the Employee Retirement Income and Security Act of 1974 ("ERISA"). In her complaint filed on October 8, 2004, plaintiff alleges that her claim for benefits was wrongfully denied by defendant.

Pursuant to an agreement with various Departments of Insurance throughout the United States known as the Regulatory Settlement Agreement ("the Agreement"), defendant has established a procedure through which insureds can have a claim that has been denied reassessed by defendant ("reassessment process") to determine if benefits should be paid pursuant to the claim. Defendant sent notification of the reassessment process to plaintiff. Plaintiff, through her counsel in this matter, notified defendant that she wishes to have the claim reassessed under the reassessment process.

Pursuant to the terms of the Agreement, when an insured selects to be part of the reassessment process, any litigation involving the claim must be stayed. Pursuant to plaintiff's request for reassessment of her denied claim, and pursuant to the terms of the Agreement, the parties hereby request that the Court stay this matter to allow time for defendant to complete the reassessment of plaintiff's claim for benefits.

## STIPULATION

Accordingly, plaintiff Deborah Riesbeck, through her attorney of record, Joseph John Turri, and defendant Unum Life Insurance Company of America, through its counsel, Sean P. Nalty, hereby stipulate that:

This matter may be stayed to allow defendant time to complete its reassessment of plaintiff's claim for disability benefits;

---

STIPULATION REQUESTING A STAY OF MATTER; ORDER THEREON       CASE NO. C 04-4270 FMS ARB

Jun 20 2005  14:36   P.04

1. This matter should be placed on the Court's calendar for a Case Management Conference ("CMC") 120 days from today's date in order to determine the status of the reassessment process and the status of the ongoing litigation;

2. All current case management dates can be vacated and new case management dates can be established, if necessary, at the CMC.

IT IS SO STIPULATED.

Dated: June 20, 2005

KELLY, HERLIHY & KLEIN LLP

By _____
Sean P. Nalty
Attorneys for Defendant
UNUM LIFE INSURANCE
COMPANY OF AMERICA

Dated: June 20, 2005

JOSEPH JOHN TURRI
INSURANCE LITIGATORS & COUNSELORS

By _____
Joseph John Turri
Attorneys for Plaintiff
DEBORAH G. REISBECK

### ORDER

Based on the stipulation of the parties set forth above, the Court hereby stays this matter to allow for the completion of the reassessment by defendant of plaintiff's claim for disability benefits that is the subject of this matter. All current case management dates are vacated. This matter is set for a new case management conference on ~~a date to be decided after~~ re-assignment.

IT IS SO ORDERED.

June 22, 2005

_____
Fern M. Smith
Judge of the United States District Court

E:\24217\P04.wpd

STIPULATION REQUESTING A STAY OF MATTER; ORDER THEREON        CASE NO. C 04-4270 FMS ARB