**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBORAH G. REISBECK,                                    No. C 04-4270 SBA

        Plaintiff,

                                 **ORDER TO SHOW CAUSE RE DISMISSAL**

v.

UNUM LIFE INSURANCE COMPANY
OF AMERICA, et al.,

        Defendants.

_____/

     This Court previously ordered plaintiff to set up a telephonic Case Management Conference for September 14, 2005.  Plaintiff, however, failed to initiate the conference call for the Case Management Conference.

     Accordingly,

     IT IS HEREBY ORDERED THAT:

     (1)     Plaintiff shall appear in Courtroom 3 of the United States Courthouse, 1301 Clay Street, Oakland, California, on **October 27, 2005, at 4:00 p.m.** to show cause why this case should not be dismissed and/or sanctions should not be imposed for lack of prosecution.

     (2)     At least ten (10) days prior to the date specified for the court appearance, plaintiff or plaintiff's counsel of record must file a Certificate of Counsel with the Clerk of the Court to explain why the case should or should not be dismissed and why sanctions should or should not be imposed for lack of prosecution.  The Certificate shall set forth the nature of the cause, its present status, the reason it has not

1   been brought to trial or otherwise terminated, any basis for opposition to dismissal by any party, and its

2   expected course if not dismissed.

3          (3)     Please take notice that this Order requires both the specified court appearance and the

4   filing of the Certificate of Counsel.  FAILURE TO FULLY COMPLY WITH THIS ORDER WILL BE

5   DEEMED SUFFICIENT GROUNDS TO DISMISS THE ACTION.

6                  IT IS SO ORDERED.

7

8   Dated:  10/3/05                                      SAUNDRA BROWN ARMSTRONG
                                                         United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2