1   JOSEPH JOHN TURRI (SBN 181994)
    INSURANCE LITIGATORS & COUNSELORS
2   445 North State Street
    Ukiah, California 95482
3   Telephone: (707) 462-6117
    Fax:  (707) 468-5302
4

5   Attorney for Plaintiff
     DEBORAH G. REISBECK

6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11

    DEBORAH G. REISBECK,              )        **E-FILED**
12                                    )
                       Plaintiff,     )        Case No.  04-4270FMSARB
13                                    )
                vs.                   )
14                                    )        **STIPULATION RE DISMISSAL**
                                      )        **OF CASE WITHOUT PREJUDICE**
15   UNUM LIFE INSURANCE COMPANY      )        **AND ORDER THEREON**
     OF AMERICA, and DOES 1-50,       )
16   Inclusive,                       )
                       Defendants.    )
17   _____)

18          IT IS HEREBY STIPULATED between the parties, through their respective counsel, that

19  the above entitled matter may be dismissed without prejudice.

20

21  Dated: October 24, 2005                  _/s/  Joseph John Turri_____
                                             JOSEPH JOHN TURRI
22                                           Attorney for Plaintiff

23

24  Dated: October 24, 2005                  _/s/  Sean P. Nalty_____
                                             SEAN P. NALTY
25                                           Attorney for Defendant

1

**ORDER**

2

3        Pursuant to the above stipulation, it is hereby ordered that the above-entitled matter may

4   be dismissed without prejudice.

5        Dated: 10/27/05.

6

7   _____
    JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

**PROOF OF SERVICE BY MAIL**

21

22          I, the undersigned, say:

23          I am and was at the time of the within described mailing, over 18 years of age and employed in

24   the County of Mendocino, State of California, in which the within referred mailing occurred.  I am not a

25   party to the cause or matter mentioned in the attached document.

          My business address is 445 N. State Street, Ukiah, CA 95482.  On October ____, 2005, I served

the attached:

1

1  **STIPULATION RE DISMISSAL OF CASE WITHOUT PREJUDICE
   AND ORDER THEREON**

2

3  by placing a copy thereof in an envelope or a copy of each in separate envelopes if more than one

4  addressee is hereafter named, addressed to each addressee respectively at his or her office address, as

   follows:

5

6  Sean P. Nalty, Esq.
   Kelly, Herlihy & Klein LLP
   44 Montgomery Street, Suite 2500

7  San Francisco, CA 94104

8  Each envelope so addressed and containing such copy was then sealed and postage thereon full

9  prepaid, and thereafter on the date and at the place this declaration was executed, shown below, deposited

10 by me in the mail reception facility regulatory maintained by the United States Postal Service.

11 I declare under penalty of perjury under the laws of the State of California that he

12 foregoing is true and correct.

13 Executed on October ____, 2005, at Ukiah, California.

14

15
   _____

16 MARY F. MORRIS

17

18

19

20

21

22

23

24

25